**ORIGINAL**

Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :

    v.          :          NOTICE OF INTENT
                          TO FILE AN INFORMATION

JOHN DOE,          :

               Defendant.          **08 CRIM 580**

------------------------------------x

      Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:     New York, New York
           June 10, 2008

                         MICHAEL J. GARCIA
                         United States Attorney

      By:    _____
                         Michael D. Maimin
                         Assistant United States Attorney

                         AGREED AND CONSENTED TO:

      By:    _____
                         Sabrina Shroff, Esq.
                         Attorney for John Doe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

6/11/08   WHEEL A