UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 08 Cr. _____ (WHP) |
| v. | : | **WAIVER OF INDICTMENT** |
| ELVIN IRIZARRY,<br>   a/k/a "El Bori,"<br>   a/k/a "Gaby,"<br>   a/k/a "JR,"<br>   a/k/a "Boca Chula," | : | **08 CRIM 580** |
| Defendant. | : | |

- - - - - - - - - - - - - - - - X

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 924(c), 1029(a)(2), and 1956(h) and Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

_____
ELVIN IRIZARRY
Defendant

_____
Witness

_____
SABRINA P. SHROFF, ESQ.
Counsel for Defendant

Date:  New York, New York
       June 25, 2008

0202